# United States Court of Appeals
## For the First Circuit

**DOCKETING STATEMENT**

**No.** 25-1315  **Short Title:** Carlan v. Fenway

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from March 28, 2025
   2. Date this notice of appeal filed March 31, 2025
      If cross appeal, date first notice of appeal filed NA
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) NA
   4. Date of entry of order deciding above post-judgment motion NA
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) NA
      Time extended to NA

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits? [ ] Yes  [✓] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)? [ ] Yes  [✓] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule? [ ] Yes  [✓] No
         If yes, explain _____

C. Has this case previously been appealed? [ ] Yes  [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? [ ] Yes  [✓] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☐ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party Fenway Community Health Center, Inc. (Defendant)
      Attorney Cassandra O. Rodgers         Sheehan Phinney, PA
      Address 1000 Elm Street, 17th Floor    Manchester, NH 03101
      Telephone 617.748.3112

   2. Adverse party U.S. Attorney - District of Massachusetts (Intervenor)
      Attorney Nicole M. O'Connor           U.S. Attorney's Office
      Address 1 Courthouse Way, Suite 9200   Boston, MA 02210
      Telephone 617.748.3112

   3. Adverse party _____
      Attorney _____
      Address _____
      Telephone _____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name July R. Carlan
      Address 4 Lakeview Drive      Littleton, MA 01460
      Telephone 781.645.8861

      Attorney's name _____
      Firm _____
      Address _____
      Telephone _____

   2. Appellant's name _____
      Address _____
      Telephone _____

      Attorney's name _____
      Firm _____
      Address _____
      Telephone _____

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Mitra N. Forouhar
Date  April 7, 2025

[Print]    [Reset]

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2025, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Mitra N. Forouhar*
Mitra N. Forouhar